IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION

| | |
|---|---|
| JACOB INGERSOLL, JOSHUA TIEDEMANN, ANTHONY ARZOLA, and CONSUELO ARZOLA, on behalf of themselves and others similarly situated, | ) ) ) ) ) |
| Plaintiffs, | ) ) Civil No. 5:10-cv-6046-FJG |
| v. | ) ) ) |
| FARMLAND FOODS, INC., | ) ) |
| Defendant. | ) |

## JUDGMENT IN A CIVIL CASE

____ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X** **Decision by Court.** This action came before the Court. The issues have been determined and a decision has been rendered.

It is ORDERED AND ADJUDGED THAT

The Parties' class-wide Settlement Agreement is fair and reasonable and is approved; Plaintiffs' request for service payments of $6,000 for each of the four Named Plaintiffs is approved; Class Counsel's request for attorneys' fees and costs in the amount of $1,500,000 is reasonable and is approved; Payment of the claimed settlement shares, attorneys' fees, costs and service payments shall be made as provided in the Settlement Agreement; The form and content of the Notice of Proposed Settlement previously approved by this Court was adequate, proper, and comported with Due Process; Pursuant to the Settlement Agreement paragraph 14, final judgment is entered with respect to the approval of all terms of the Settlement Agreement, with respect to the merits and with prejudice to the individual or Class claims released. All claims in this case are **DISMISSED WITH PREJUDICE**, with parties bearing their own costs and attorney's fees except as otherwise expressly provided in the settlement agreement and approved by the Court; and The District Court retains jurisdiction solely for purposes of post-judgment enforcement of the Settlement Agreement.

<u>December 30, 2013</u>                              <u>Ann Thompson</u>
Date                                                      Clerk of Court

                                                                            <u>/s/ Rhonda Enss</u>
                                                                            (by) Deputy Clerk